BANKERS TRUST COMPANY, as Substituted Trustee under an Agreement of Separation and Trust Dated December 28, 1927, Made by RUBY C. WILLIS and PIERRE L. WILLIS, Whereunder FRANK H. TWYEFFORT Originally Was Named Trustee, Plaintiff-Respondent, v. RUBY C. WILLIS and Others, Defendants-Respondents; PIERRE L. WILLIS, Defendant-Appellant.— Motion for an extra allowance denied. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ. [See *post*, p. 753.]

LESTER Y. BAYLIS and GEORGE P. SANBORN, Individually and as Surviving Partners of the Firm of BAYLIS & SANBORN, Appellants, v. HOWARD O. WOOD, Respondent, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

IRVING BERGER MANAGEMENT CORPORATION, Appellant, v. IRVING TRUST COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

ALVAH W. BURLINGAME, Respondent, v. THE SUN PRINTING AND PUBLISHING ASSOCIATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

HANNAH C. CARLSON, Respondent, v. FRANZ O. JOHNSON, Appellant.— In view of the decision of the appeal herein (*post*, p. 756), decided herewith, this motion to dismiss the appeal from the order dated June 2, 1936, is dismissed. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

FRED CHRISTANSEN and Another, etc., Respondents; BORGHIL CHRISTANSEN, Plaintiff, v. UNITED AUTO-DELIVERY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

EMMA A. COLE, Respondent, v. JOHN W. COLE, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

THE G. DROUVE COMPANY, a Corporation, Plaintiff-Respondent, and CATHERINE GIULIANO, as Administratrix, etc., of ROSARIO GIULIANO, Deceased, Plaintiff-Appellant, v. BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 1, TOWN OF MAMARONECK, NEW YORK, and Others, Defendants-Respondents; THE CHENEY COMPANY and Others, Defendants-Appellants.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

· H. PATRICK GAUGHRAN, Respondent, v. HERBERT KEENAN and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

· HELEN JANE GLASER, Appellant, v. WALTER THOMAS GLASER, Respondent.— Motion to dispense with printing denied. The questions to be presented on appeal may be submitted by a bill of exceptions or by an abridged record. (See *Capone v. Matteo Realty Corporation*, 241 App. Div. 845.) The time to perfect and argue the appeal is extended to the term beginning Monday, September 28, 1936. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.